**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**CIVIL ACTION**

| | |
|---|---|
| AAMCO TRANSMISSIONS, INC. | : |
|     Plaintiff, | : |
|     v. | :   No.   07-0562 |
| JAMES M. DUNLAP | : |
|     Defendant. | : |

## STIPULATION OF DISMISSAL AND ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties, by and through their undersigned counsel, that the Complaint and Counterclaim in the above-captioned action, and all causes of action asserted therein, are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.


BY:_____/James A. Goniea/_____          BY:_____/C. Scott Spear/___
    James A. Goniea, Esq.                          C. Scott Spear, Esq.
    Attorney for Plaintiff                             Attorney for Defendant
    AAMCO Transmissions, Inc.                  James M. Dunlap



SO ORDERED


_____
United Stated District Judge