**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 07-0562 |
| | : | |
| **JAMES M. DUNLAP** | : | |

## ORDER

**AND NOW**, this 17th day of July, 2007, upon consideration of the Plaintiff's Motion for Preliminary Injunction Against Defendant (Document No. 5) and the parties having reached an amicable resolution of the issues, it is **ORDERED** that the motion is **DENIED.**

                                                                           s/Timothy J. Savage
                                                        TIMOTHY J. SAVAGE,  J.