**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AAMCO TRANSMISSIONS, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 07-0562** |
| | : | |
| **JAMES M. DUNLAP** | : | |

## ORDER

**AND NOW**, this 17th day of July, 2007, upon consideration of the Stipulation of Dismissal (Document No. 26) and the parties having agreed that the complaint and the counter claims be dismissed, it is **ORDERED** that the stipulation is **APPROVED** and this action is **DISMISSED WITH PREJUDICE.**


                                  s/Timothy J. Savage
                                  TIMOTHY J. SAVAGE,  J.